**Electronically Filed
Supreme Court
SCWC-21-0000536
18-JUL-2024
09:29 AM
Dkt. 11 ODMR**

SCWC-21-0000536

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI
_____

(CAAP-21-0000536; CIVIL NO. 1DRC-21-0002121 (consolidated))

STUART B. GLAUBERMAN,
by his Managing Agent KFG Properties, Inc.,
Respondent/Plaintiff-Appellee,
vs.
CELESTE M. GONSALVES,
Petitioner/Defendant-Appellant.

-------------------------------------------

(CAAP-21-0000545; CIVIL NO. 1DRC-21-0001879 (consolidated))

STUART B. GLAUBERMAN and VICKY RAMIL,
Respondents/Plaintiffs-Appellees,
vs.
CELESTE M. GONSALVES,
Petitioner/Defendant-Appellant.
_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

ORDER DENYING MOTION FOR RECONSIDERATION
(By: McKenna, J.)

On July 17, 2024, Petitioner/Defendant-Appellant Celeste M.
Gonsalves filed a document entitled, "Defendant-Appellant's
Motion to Request Instructions," in which she asks this court to
reconsider the May 24, 2024 order rejecting her application for
writ of certiorari.  A rejection of an application for writ of

certiorari, however, is not subject to reconsideration.  <u>See</u> Hawaiʻi Rules of Appellate Procedure ("HRAP") Rule 40.1(h) ("Neither acceptance nor rejection of an application for a writ of certiorari shall be subject to a motion for reconsideration in the supreme court.  The rejection of an application for certiorari shall be final.").  Accordingly,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, July 18, 2024.

/s/ Sabrina S. McKenna

Associate Justice

